AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE

**SUMMONS IN A CIVIL CASE**

JOSEPH DANIEL WAUHOP,

    V.    CASE NUMBER:   0 5 - 3 1 0

XYBERNAUT CORPORATION,
EDWARD G. NEWMAN, STEVEN A.
NEWMAN, M.D., and THOMAS D. DAVIS,

TO: (Name and address of defendant):

> Xybernaut Corporation
> c/o The Prentice-Hall Corporation System, Inc.
> 2711 Centerville Road, Suite 400
> Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Jessica Zeldin, Esquire
> Rosenthal, Monhait, Gross
>  & Goddess, P.A.
> 919 N. Market Street, Suite 1401
> P. O. Box 1070
> Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              5/18/05
CLERK                                        DATE

(BY) DEPUTY CLERK

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me[1] | DATE 5/19/05 |
|---|---|
| NAME OF SERVER (PRINT) Corey Armideo | TITLE Legal Courier |

*Check one box to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mary T Drummond for Xybernaut Corporation c/o The Prentice Hall Corporation System, Inc 2711 Centerville Rd Suite 400 Wilmington, DE 19808

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/05
                    Date

Signature of Server
TriState Courier & Carriage, Inc.
327 King Street
Address of Server Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.