IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT H. AYLOR, JR., On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | Civil Action No. 05-CV-00222 (SLR) |
| v. | : : | Related Cases: 1:05-CV-00242 (SLR) |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., AND THOMAS D. DAVIS, | : : : : | 1:05-CV-00256 (SLR) 1:05-CV-00268 (SLR) 1:05-CV-00310 (SLR) 1:05-CV-00334 (JJF) |
| Defendants. | : : | 1:05-CV-00354 (SLR) |

**DECLARATION OF JAMES L. HOLZMAN IN SUPPORT OF THE AL MESNAD GROUP'S MOTION FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, AND FOR THE APPROVAL OF SELECTION OF CO-LEAD AND LIAISON COUNSEL**

<div style="margin-left:40%">

PRICKETT, JONES & ELLIOTT, P.A.
James L. Holzman (DE Bar #663)
J. Clayton Athey (DE Bar #4378)
1310 King Street
Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6500
*Proposed Liaison Counsel for The Al Mesnad Group*

</div>

Dated: June 14, 2005

COHEN, MILSTEIN, HAUSFELD
   & TOLL, P.L.L.C
Steven J. Toll
Daniel S. Sommers
Scott L. Adkins
Jason M. Leviton
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
*Proposed Co-Lead Counsel for The Al Mesnad Group*

**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

19625.1\276775v1

MURRAY, FRANK & SAILOR LLP
Eric J. Belfi
275 Madison Avenue
New York, N.Y. 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
*Proposed Co-Lead Counsel For The Al Mesnad Group*

GLANCY, BINKOW & GOLDBERG LLP
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

James L. Holzman, declares and says:

1.      I am an attorney admitted to practice in this District and am counsel for the

Khalid Nassera Al Mesnad, Edward J. Paige, Nurol Menkul Kiymetler A.S., and Joyce R. Starr

(collectively the "Al Mesnad Group" or "Movants").  I am submitting this declaration in support

of their motion for appointment as Lead Plaintiff and selection of Cohen, Milstein, Hausfeld &

Toll, P.L.L.C. and Murray, Frank & Sailor LLP as co-Lead Counsel and Prickett, Jones &

Elliott, P.A. as Liaison Counsel.

2.      Attached as Exhibit A is a true and correct copy of a notice to shareholders of

Xybernaut Corporation dated April 15, 2005.

3.      Attached as Exhibit B are true and correct copies of the Al Mesnad Group's

certifications to serve as Lead Plaintiffs and calculations of their losses.

4.      Attached as Exhibit C hereto is a copy of the firm resume of Cohen, Milstein,

Hausfeld & Toll, P.L.L.C.

5.      Attached as Exhibit D is a copy of the firm resume of Murray, Frank & Sailor,

LLP.

6.      Attached as Exhibit E is a copy of the firm resume of Prickett, Jones & Elliott,

P.A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of June, 2005 at Wilmington, DE.

JAMES L. HOLZMAN
(DE Bar #663)

19625.1\276775v13

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed **DECLARATION OF JAMES L. HOLZMAN IN SUPPORT OF THE AL MESNAD GROUP'S MOTION FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, AND FOR THE APPROVAL OF SELECTION OF CO-LEAD AND LIAISON COUNSEL** which will send notification of such filing to the following:

**ROSENTHAL, MONHAIT, GROSS
  & GODDESS**
Jessica Zeldin
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070

**MILBERG WEISS, BERSHAD
  & SCHULMAN LLP**
Seth D. Rigrodsky
Ralph N. Sianni
Brian D. Long
919 North Market Street, Suite 411
Wilmington, DE 19801

**CHIMICLES & TIKELLIS, LLP**
Pamela S. Tikellis
Robert J. Kriner
A. Zachary Naylor
Robert Davis
One Rodney Square, 5th Floor
920 King Street
Wilmington, DE 19801

**SMITH, KATZENSTEIN, & FURLOW**
Laurence V. Cronin
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

**DRINKER BIDDLE**
David Phillip Primack
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6507
jcathey@prickett.com
*Proposed Liaison Counsel for The Al
Mesnad Group*