## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP,

hereby certify that I caused a true and correct copy of the following to be served by regular U.S.

Mail to all parties listed on the attached service list on this 14th day of June 2005:

1.  MOTION OF THE JAMES GROUP FOR CONSOLIDATION, APPOINTMENT
    AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD
    COUNSEL; and

2.  [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD
    PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL;

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)

# Xybernaut Corporation

## SERVICE LIST

***Counsel for Plaintiffs:***

Thomas A. Holman
**HOLMAN LAW OFFICE**
One Pennsylvania Plaza - Suite 4632
New York, NY  10119
212.699.4596 (Tel)
212.947.9967 (Fax)


James E. Miller
Patrick A. Klingman
Karen M. Leser
**SHEPERD, FINKELMAN, MILLER
  & SHAH, LLC**
65 Main Street
Chester, CT  06412
860.526.1100 (Tel)
860.526.1120 (Fax)


Jack Landskroner
Paul Grieco
**LANDSKRONER, GRIECO, MADDEN, LTD.**
1360 West 9th Street, Suite 200
Cleveland, OH  44113
216.522.9000 (Tel)
216.522.9007 (Fax)


William B. Federman
Wm. Pat Wasson
**FEDERMAN & SHERWOOD**
120 N. Robinson, Suite 2720
Oklahoma City, OK  73102
405.235.1560 (Tel)
405.239.2112 (Fax)


Jessica Zeldin
**ROSENTHAL, MONHAIT, GROSS &
  GODDESS, P.A.**
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899
302.656.4433 (Tel)
302.658.7567 (Fax)


Scott R. Sheperd
James C. Shah
**SHEPERD, FINKELMAN, MILLER
  & SHAH, LLC**
35 East State Street
Media, PA  19063
610.891.9880 (Tel)
610.891.9883 (Fax)


Andrew M. Schatz
Jeffrey S. Nobel
**SCHATZ & NOBEL**
One Corporate Center
20 Church Steet
Hartford, CT  06103
860.493.6292 (Tel)
860.493.6290 (Fax)


Jules Brody
Aaron Brody
Tzivia Brody
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY  10017
212.687.7230 (Tel)
212.490.2022 (Fax)

Joseph H. Weiss
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
212.682.3025 (Tel)
212.682.3010 (Fax)

Bruce Murphy
**LAW OFFICE OF BRUCE MURPHY**
265 Llwyds Ln.
Vero Beach, FL 32963
772.231.4202 (Tel)
772.234.6608 (Fax)

Steven J. Toll
Daniel S. Sommers
Jason M. Leviton
Scott L. Adkins
**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
202.408.4600 (Tel)
202.408.4699 (Fax)

Robert M. Roseman
Andrew D. Abromowitz
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215.496.0300 (Tel)
215.496.6611 (Fax)

Pamela S. Tikellis
Robert J. Kriner
A. Zachary Naylor
Robert Davis
**CHIMICLES & TIKELLIS LLP**
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302.656.2500 (Tel)
302.656.9053 (Fax)

Eric J. Belfi
**MURRAY, FRANK & SAILER LLP**
275 Madison Avenue - 8th Floor
New York, NY 10016
212.682.1818 (Tel)
212.682.1892 (Fax)

Lionel Z. Glancy
Michael Goldberg
Dale MacDiarmid
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
301.201.9150 (Tel)
301.201.9160 (Fax)

***Counsel for Defendants:***

Robert Plotkin
**MCGUIRE & WOODS LLP**
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
202.857.1700 (Tel)
202.857.1737 (Fax)

*Counsel for Xybernaut Corporation*

Laurence V. Cronin
**SMITH, KATZENSTEIN, FURLOW LLP**
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE  19899
302.652.8400 (Tel)
302.652.8405 (Fax)

*Counsel for Grant Thornton LLP*

Bernard J. DiMuro
John M. Tran
**DIMURO, GINSBERG & MOOK, P.C.**
908 King Street, Suite 200
Alexandria, VA  22314
703.684.4333 (Tel)
703.548.3181 (Fax)

*Counsel for Edward Newman*

Robert Scully, Jr.
**REES, BROOME & DIAZ, P.C.**
8133 Leesburg Pike
Ninth Floor
Vienna, VA  22182
703.790.1911 (Tel)
703.848.2530 (Fax)

*Counsel for Steven Newman*

Edward M. Posner
Susan M. Kennedy
**DRINKER BIDDLE & REATH, LLP**
One Logan Square
18th & Cherry Streets
Philadelphia, PA
215.988.2700 (Tel)
215.988.2757 (Fax)

*Counsel for Thomas D. Davis*

Mark W. Ryan
Andrew J. Morris
**MAYER, BROWN, ROWE & MAW**
1909 K Street
Washington, DC  20006
202.263.3252 (Tel)
202.263.3300 (Fax)

*Counsel for Grant Thornton LLP*

Michael F. Bonkowski
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
302.421.6863 (Tel)
302.421.5869 (Fax)

*Counsel for Edward Newman*

Bruce C. Hayden
**c/o XYBERNAUT CORPORATION**
12701 Fair Lakes Circle, Suite 550
Fairfax, VA  22033
703.631.6925 (Tel)