IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH DANIEL WAUHOP, on behalf of himself and all others similarly situated, )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 05-310-SLR |
| ) | |
| XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYHNAHAN and GRANT THORNTON LLP, )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

O R D E R

At Wilmington this 17th day of August, 2005, defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 29);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

_____
United States District Judge